United States Bankruptcy Court
Northern District of Oklahoma

In re:                                                      Case No. 19-10881-M
Kassie Lynn McClung                                         Chapter 7
        Debtor

### CERTIFICATE OF NOTICE

District/off: 1085-4        User: ELSmith        Page 1 of 2         Date Rcvd: Apr 30, 2019
                            Form ID: 309A        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db           +Kassie Lynn McClung,   4413 E. 26th St.,   Tulsa, OK 74114-4858
tr            Scott P. Kirtley,   Riggs, Abney, Neal, Turpen, Orbison,   502 West 6th Street,
              Tulsa, OK  74119-1016
smg           Oklahoma Tax Commission,   General Counsel's Office,   100 N Broadway Ave, Suite 1500,
              Oklahoma City, OK  73102-8601
2773065      +Account Management Resources,   726 West Sheridan Ave.,   Oklahoma City, OK 73102-2412
2773068      +Amcol Systems Inc,   111 Lancewood Rd,   Columbia, SC 29210-7523
2773073      +Credit Bureau,   123 W. 7th,   Stillwater, OK 74074-4068
2773084      +Department of Education,   11100 Usa Pkwy,   Fishers, IN 46037-9203
2773090      +Elan Financial Service,   824 N 11th Street,   Saint Louis, MO 63101-1016
2773093      +OMNI Medical Group,   Dept 852,   Tulsa, OK 74182-0001
2773092      +Oakland Medical Center,   275 W MacArthur Blvd.,   Oakland, CA 94611-5641
2773095      +Rev-1 Solutions, Llc,   517 Us Highway 31 N,   Greenwood, IN 46142-3932
2773096      +South Central Emergency Services,   8801 S 101st E Ave,   Tulsa, OK 74133-5716
2773097      +Stillwater Medical Center,   1323 W 6th Ave,,   Stillwater, OK 74074-4399
2773105      +Stillwater Utility Authority,   S Lewis St.,   Stillwater, OK 74074
2773115       US Department of Education,   Po Box 4222,   Iowa City, IA 52244
2773113      +US Department of Education,   2401 International Lane,   Madison, WI 53704-3121
2773112      +US Department of Education,   2505 S Finley Rd,   Lombard, IL 60148-4867
2773122      +US Department of Education,   Attn: Bankruptcy,   2401 International Lane,
              Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jkm@joelkmitchell.com May 01 2019 01:26:25     Joel K. Mitchell,
              MITCHELL LAW OFFICE,   1318 W Main Street,   Collinsville, OK  74021
smg           E-mail/Text: bankruptcy@oesc.state.ok.us May 01 2019 01:26:54     Oklahoma Empl. Sec. Comm.,
              PO Box 53039,   Oklahoma City, OK  73152-3039
smg          +E-mail/Text: bankruptcy@tulsacounty.org May 01 2019 01:26:57     Tulsa County Treasurer,
              500 S. Denver,   Suite 323,   Tulsa, OK 74103-3840
ust          +E-mail/Text: beth.criner@usdoj.gov May 01 2019 01:26:34     Office of the United States Trustee,
              224 South Boulder Avenue,   Suite 225,   Tulsa, OK 74103-3026
2773067       +EDI: AFNIRECOVERY.COM May 01 2019 05:23:00     Afni,   Po Box 3097,
              Bloomington, IL 61702-3097
2773070      +E-mail/Text: paymentprocessing@avanteusa.com May 01 2019 01:26:26     Avante,
              3600 South Gessner,   Houston, TX 77063-5357
2773072      +E-mail/Text: CCICollectionsGlobalForms@cox.com May 01 2019 01:26:42     Cox Communications,
              11811 E. 51st Street S.,   Tulsa, OK 74146-6000
2773071      +E-mail/Text: CCICollectionsGlobalForms@cox.com May 01 2019 01:26:42     Cox Communications,
              1400 Lake Hearn Dr.,   Atlanta, GA 30319-1464
2773080       +EDI: NAVIENTFKASMDOE.COM May 01 2019 05:23:00     Department Of Education,   Po Box 9635,
              Wilkes Barre, PA 18773-9635
2773091       +EDI: MID8.COM May 01 2019 05:23:00     Midland Funding,   2365 Northside Drive,
              San Diego, CA 92108-2709
2773118      +E-mail/Text: deanna@still-rad.com May 01 2019 01:26:31     Stillwater Radiology,
              4721 W 6th Ave Suite 130,   Stillwater, OK 74074-1549
2773107       +EDI: RMSC.COM May 01 2019 05:23:00     Synchrony Bank,   PO Box 530942,
              Atlanta, GA 30353-0942
2773108       +EDI: RMSC.COM May 01 2019 05:23:00     Synchrony Bank,   P.O. Box 530914,
              Atlanta, GA 30353-0914
2773110       +EDI: RMSC.COM May 01 2019 05:23:00     Synchrony Bank,   Po Box 960013,
              Orlando, FL 32896-0013
2773111       EDI: RMSC.COM May 01 2019 05:23:00     Synchrony Bank,   Po Box 965013,
              Orlando, FL 32896-5013
2773106       +EDI: RMSC.COM May 01 2019 05:23:00     Synchrony Bank,   Po Box 965024,
              Orlando, FL 32896-5024
2773109       +EDI: RMSC.COM May 01 2019 05:23:00     Synchrony Bank,   P.O. Bank 960061,
              Orlando, FL 32896-0061
2773089       EDI: USBANKARS.COM May 01 2019 05:23:00     Elan Financial Service,   Po Box 108,
              Saint Louis, MO 63166
2773088       EDI: USBANKARS.COM May 01 2019 05:23:00     Elan Financial Service,   Po Box 790084,
              Saint Louis, MO 63179
                                                                           TOTAL: 19

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2773066*     +Account Management Resources,   726 West Sheridan Ave,   Oklahoma City, OK 73102-2412
2773069*     +Amcol Systems Inc,   111 Lancewood Rd,   Columbia, SC 29210-7523
2773074*     +Credit Bureau,   123 W. 7th,   Stillwater, OK 74074-4068
2773075*     +Credit Bureau,   123 W. 7th,   Stillwater, OK 74074-4068
2773076*     +Credit Bureau,   123 W. 7th,   Stillwater, OK 74074-4068
2773077*     +Credit Bureau,   123 W. 7th,   Stillwater, OK 74074-4068
2773078*     +Credit Bureau,   123 W. 7th,   Stillwater, OK 74074-4068
2773079*     +Credit Bureau,   123 W. 7th,   Stillwater, OK 74074-4068
2773081*     +Department Of Education,   Po Box 9635,   Wilkes Barre, PA 18773-9635
2773082*     +Department Of Education,   Po Box 9635,   Wilkes Barre, PA 18773-9635

```
District/off: 1085-4          User: ELSmith          Page 2 of 2          Date Rcvd: Apr 30, 2019
                              Form ID: 309A           Total Noticed: 37

                  ***** BYPASSED RECIPIENTS (continued) *****
2773083*        +Department Of Education,   Po Box 9635,   Wilkes Barre, PA 18773-9635
2773085*        +Department of Education,   11100 Usa Pkwy,   Fishers, IN 46037-9203
2773086*        +Department of Education,   11100 Usa Pkwy,   Fishers, IN 46037-9203
2773087*        +Department of Education,   11100 Usa Pkwy,   Fishers, IN 46037-9203
2773094*        +OMNI Medical Group,   Dept 852,   Tulsa, OK 74182-0001
2773098*        +Stillwater Medical Center,   1323 W 6th Ave,,   Stillwater, OK 74074-4399
2773099*        +Stillwater Medical Center,   1323 W 6th Ave,,   Stillwater, OK 74074-4399
2773100*        +Stillwater Medical Center,   1323 W 6th Ave,,   Stillwater, OK 74074-4399
2773101*        +Stillwater Medical Center,   1323 W 6th Ave,,   Stillwater, OK 74074-4399
2773102*        +Stillwater Medical Center,   1323 W 6th Ave,,   Stillwater, OK 74074-4399
2773103*        +Stillwater Medical Center,   1323 W 6th Ave,,   Stillwater, OK 74074-4399
2773114*        +US Department of Education,   2401 International Lane,   Madison, WI 53704-3121
2773117*        +US Department of Education,   2401 International Lane,   Madison, WI 53704-3121
2773118*        +US Department of Education,   2401 International Lane,   Madison, WI 53704-3121
2773121*        +US Department of Education,   2401 International Lane,   Madison, WI 53704-3121
2773125*        +US Department of Education,   2401 International Lane,   Madison, WI 53704-3121
2773119*         US Department of Education,   Po Box 4222,   Iowa City, IA 52244
2773123*         US Department of Education,   Po Box 4222,   Iowa City, IA 52244
2773127*         US Department of Education,   Po Box 4222,   Iowa City, IA 52244
2773126*        +US Department of Education,   Attn: Bankruptcy,   2401 International Lane,
                  Madison, WI 53704-3121
2773116*        +US Department of Education,   2505 S Finley Rd,   Lombard, IL 60148-4867
2773120*        +US Department of Education,   2505 S Finley Rd,   Lombard, IL 60148-4867
2773124*        +US Department of Education,   2505 S Finley Rd,   Lombard, IL 60148-4867
                                                                   TOTALS: 0, * 33, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          Joel K. Mitchell    on behalf of Debtor Kassie Lynn McClung  jkm@joelkmitchell.com
          Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
          Scott P. Kirtley    skirtleydocs@riggsabney.com,   ok01@ecfcbis.com
                                                                   TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kassie Lynn McClung** | Social Security number or ITIN   **xxx–xx–9772** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Oklahoma** | | Date case filed for chapter  **7**   **4/29/19** |
| Case number:   **19–10881–M** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.
An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about
the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Kassie Lynn McClung | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 4413 E. 26th St. Tulsa, OK 74114 | | |
| 4. | Debtor's attorney Name and address | Joel K. Mitchell MITCHELL LAW OFFICE 1318 W Main Street Collinsville, OK 74021 | | Contact phone (918) 371–1896  Email: jkm@joelkmitchell.com |
| 5. | Bankruptcy trustee Name and address | Scott P. Kirtley Riggs, Abney, Neal, Turpen, Orbison 502 West 6th Street Tulsa, OK 74119–1016 | | Contact phone 918–587–3161  Email: skirtleydocs@riggsabney.com |

**For more information, see page 2 >**

Debtor  **Kassie Lynn McClung**                                        Case number **19–10881–M**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 224 South Boulder Avenue, Room 105<br>Tulsa, OK 74103 | Hours open: Monday, Wednesday, Thursday, Friday 8:30 a.m. to 4:30 p.m., Tuesday 8:30 a.m. to 3:00 p.m.<br><br>Contact phone 918–699–4000<br>www.oknb.uscourts.gov |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 29, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Room B04, 224 South Boulder Avenue, Tulsa, OK 74103** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:**  7/29/19 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, are not permitted in the building.**