Certificate Number: 14912-OKN-DE-033109525

Bankruptcy Case Number: 19-10881



14912-OKN-DE-033109525

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2019, at 3:05 o'clock PM EDT, Kassie Mcclung completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Oklahoma.

Date:  July 15, 2019                By:   /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title:  Counselor